IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., INTERSCOPE RECORDS, and CAPITOL RECORDS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV390 |
| vs. | ) ) | ORDER |
| BRET BUDA, | ) ) ) | |
| Defendant. | ) | |

    This case was assigned to the magistrate judge for full pretrial supervision. The record shows that the case was filed and summons issued on October 2, 2007. The summons has not yet been returned executed and the court does not know whether the defendant has been properly served.

    On January 14, 2008, a document denying any liability was filed by one Linda Humble, "as attorney for defendant, Brent Buda." Linda Humble is not an attorney licensed to practice law in this court and cannot represent defendant Buda in this case.[1]

    The court finds that the document filed by Linda Humble is of no force or effect and that the document, Filing No. 7, should be stricken from the record.

---

[1] Nebraska law provides:
**§ 7-101. Unauthorized practice of law; penalty.**
    Except as provided in section 7-101.01 [relating to certified law students], no person shall practice as an attorney or counselor at law, or commence, conduct or defend any action or proceeding to which he is not a party, either by using or subscribing his own name, or the name of any other person, or by drawing pleadings or other papers to be signed and filed by a party, in any court of record of this state, unless he has been previously admitted to the bar by order of the Supreme Court of this state. No such paper shall be received or filed in any action or proceeding unless the same bears the endorsement of some admitted attorney, or is drawn, signed, and presented by a party to the action or proceeding. It is hereby made the duty of the judges of such courts to enforce this prohibition. Any person who shall violate any of the provisions of this section shall be guilty of a Class III misdemeanor, but this section shall not apply to persons admitted to the bar under preexisting laws.
Neb. Rev. Stat. 7-101 (Reissue 1997).

The parties are advised that in the event defendant Buda is properly served with summons, he will be required to respond.  He may represent himself in the case, or he may retain a lawyer to represent him, but he may not be represented by any person who is not admitted to practice law in this court.

**IT IS SO ORDERED.**

**DATED January 14, 2008.**

               **BY THE COURT:**

               **s/ F.A. Gossett**
               **United States Magistrate Judge**