# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, et al.** | ) ) ) | |
| **Plaintiffs,** | ) ) | **8:07CV390** |
| vs. | ) ) | **SCHEDULING ORDER** |
| **BRET BUDA,** | ) ) ) | |
| **Defendant.** | ) | |

This case is before the magistrate judge for full pretrial supervision. The court file shows that the defendant was served with summons on January 7, 2008. Apparently, the defendant has failed to timely answer or otherwise respond to the complaint.

**IT IS ORDERED** that plaintiffs are given until **March 5, 2008** to (a) obtain a Clerk's entry of default **and** (b) file a motion for default judgment, or take other appropriate action to prosecute the case. Failure to take appropriate action by March 5, 2008, may result in the dismissal of this case without prejudice.

**DATED February 7, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**