# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, )<br>a Delaware general partnership, *et al.*, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiffs, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>BRET BUDA, 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. 　　　　　　　) | 8:07CV390<br><br>ORDER |

Upon review of the Notice of Settlement [13] filed by plaintiff's counsel, David Clark,

**IT IS ORDERED:**

　　　1.　　On or before **April 25, 2008**, the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall also submit to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

　　　2.　　Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

　　　3.　　All case progression deadlines are hereby terminated upon the representation that this case is settled.

**DATED March 12, 2008.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**