IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, a Delaware General Partnership, UMG RECORDINGS, Inc., a Delaware Corporation, INTERSCOPE RECORDS, a California General Partnership, and CAPITOL RECORDS, Inc., a Delaware Corporation,** | ) ) ) ) ) ) ) ) ) ) | CASE NO. 8:07CV390 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| **BRET BUDA,** | ) ) | |
| Defendant. | ) | |

This matter comes before the Court on the Plaintiffs' Notice of Dismissal with Prejudice (Filing No 16). The Court, being fully advised in the premises, finds that the Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Notice of Dismissal With Prejudice (Filing No. 16) is approved;

2. The Complaint (Filing No. 1) is hereby dismissed with prejudice; and

3. The parties will pay their own attorney fees and costs.

DATED this 25th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge